Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MANGALA KARTAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANGALA KARTAN | Case No.: 1:15-cv-01273-SMS |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE Motion for Summary Judgment; ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

    Plaintiff Mangala Kartan and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from April 13, 2016 to May 13, 2016 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: April 8, 2016             Respectfully submitted,

                                LAWRENCE D. ROHLFING

                                /s/ *Brian C. Shapiro*

                        BY: _____
                            Brian C. Shapiro
                            Attorney for plaintiff Ms. Mangala Kartan


DATE:  April 8, 2016            BENJAMIN B. WAGNER
                                *United States Attorney*


                                /s/ *Patrick W. Snyder*

                        BY: _____
                            Patrick W. Snyder
                            Special Assistant United States Attorney
                            Attorneys for defendant Carolyn W. Colvin
                            |*authorized by e-mail|


<u>ORDER</u>

IT IS SO ORDERED.

   Dated:   **April 11, 2016**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE